

# Fourth Court of Appeals
## San Antonio, Texas

October 14, 2021

No. 04-21-00251-CV

Herbert Lawrence **POLINARD,** Jr.,
Appellant

v.

Jo Ann **KARAMBIS,** Margaret Comparin Karambis, Ronaldo Dunagan, Lynda C. Spence, and
eXp Realty LLC,
Appellees

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-11887
Honorable Antonia Arteaga, Judge Presiding

## O R D E R

On September 23, 2021, appellees filed a motion to dismiss this appeal for want of jurisdiction. Appellant had ten days to respond before we could hear or determine the motion, pursuant to Rule 10.3 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 10.3(a). Appellant did not respond within ten days and has not responded to date. Appellant may file a response to appellees' motion **on or before October 22, 2021.**

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of October, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court